**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STEPHANIE PEARCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:11 cv 05670 |
| vs. | ) | |
| | ) | Honorable Charles P. Kocoras |
| TROY CAPITAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COUNTERCLAIM**

Plaintiff respectfully requests that this Court extend the deadline to answer the defendant's counterclaim, currently set for October 17, 2011, by 28 days, to November 14, 2011. In support of this motion, plaintiff states as follows:

1. The parties have reached a settlement in principle.

2. The parties requires time to memorialize and effectuate the settlement before dismissing this action.

3. Requiring plaintiff to answer the defendant's counterclaim would be an inefficient use of time and resources, since the parties have already reached a settlement.

WHEREFORE, plaintiff respectfully requests that this Court extend the deadline to answer the defendant's counterclaim, currently set for October 17, 2011, by 28 days, to November 14, 2011.

Respectfully submitted,

/s/ Catherine A. Ceko
Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner

1

Catherine A. Ceko
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com